# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCELLA WOOD,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 2:22-cv-4740-JDW** |
| | : | |
| **CHESTER COUNTY INTERMEDIATE UNIT,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 6th day of January, 2023, upon consideration of Plaintiff Marcella Wood's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and Complaint (ECF No. 1), and for the reasons given in the accompanying Memorandum, it is **ORDERED** as follows.

1. Ms. Wood's Motion To Proceed *In Forma Pauperis* (ECF No. 4) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is deemed filed.

3. The Clerk of Court shall terminate Dr. Sue Mateka as a Defendant in this case.

4. The Complaint is **DISMISSED WITHOUT PREJUDICE**.

5. On or before February 10, 2023, Ms. Wood may file an amended complaint. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall

state the basis for Wood's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Ms. Wood should be mindful of the Court's reasons for dismissing the claims in her initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until the Court orders.

6. The Clerk of Court shall send Ms. Wood a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing the above-captioned civil action number. Ms. Wood may use this form to file her amended complaint if she chooses to do so.

7. If Ms. Wood does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, then on or before February 10, 2023, she may file a notice with the Court stating that intent, at which time the Court will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

8. If Ms. Wood fails to respond to this Order, the Court will conclude that she intends to stand on her Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**